UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANITA MARIE CUNNINGHAM, | Case No. 25-12466 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| OSF ST. MARY MEDICAL CENTER, | |
| Defendant. | |
| _____ / | |

## ORDER TRANSFERRING CASE

Plaintiff Anita Marie Cunningham filed this civil action in the Eastern District of Michigan on August 6, 2025, against Defendant OSF St. Mary Medical Center. ECF No. 1. Plaintiff also filed an application to proceed *in forma pauperis*. ECF No. 2. According to the complaint, Defendant is located in Illinois, and all the relevant events appear to have occurred at St. Mary Medical Center, presumably also in Illinois.

Under 28 U.S. Code § 1391, venue is proper in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

> (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

On the face of the complaint, it is clear that no defendant resides in Michigan, that a substantial part of the events giving rise to the claim did not occur in Michigan, and that venue would be proper in Illinois. Therefore, venue does not appear to be proper in this district.

District courts may dismiss, or in the interest of justice to transfer, a case filed in the wrong district. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."); *see also* § 1404(a) (even when venue is proper, "in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented").

Not convinced that venue is proper in this district, on September 3, 2025, the court ordered Plaintiff to show cause, in writing, within fourteen days why this case should not be dismissed or transferred for lack of proper venue. ECF No. 5.

No response has been received. On further review of the complaint, St. Mary's Medical Center is located in Knox County, Illinois. Given the lack of proper venue in this district, the court finds that it is in the interests of justice to transfer this case to the district where her complaint could properly have been brought, and does not rule on her application to proceed *in forma pauperis* or on the sufficiency of her complaint.

It is **ORDERED** that this case be transferred to the U.S. District Court for the Central District of Illinois.

**SO ORDERED**.

Date: October 8, 2025              s/F. Kay Behm
                                   F. Kay Behm
                                   United States District Judge